[No. 68543-1-I. Division One. July 8, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. CORYELL LAVOI ADAMS, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 11-1-00624-1, George F.B. Appel, J., entered March 29, 2012. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Leach, C.J., and Schindler, J.

[No. 68571-6-I. Division One. July 8, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. GUY ADAM ROOK, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 10-1-01028-5, James D. Cayce, J., entered February 14, 2012. *Remanded with instructions* by unpublished per curiam opinion.

[No. 68643-7-I. Division One. July 8, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. LEONARD CLARENCE WOODY, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 11-1-01308-6, George N. Bowden, J., entered April 20, 2012. *Affirmed in part* and *remanded* by unpublished per curiam opinion.

[No. 68957-6-I. Division One. July 8, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. D.N., *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 11-8-02451-4, J. Wesley Saint Clair, J., entered June 21, 2012. *Affirmed* by unpublished per curiam opinion.